```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SEAN C. FLYNN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```



**FILED**

MAY 28 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:09-mj-0170 GGH |
| v. | ) | APPLICATION AND ORDER FOR UNSEALING COMPLAINT |
| HIDAYATULLAH ALI KHALIL, | ) | |
| Defendant. | ) | |

On May 27, 2009, the complaint was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint be unsealed.

DATED: May 28, 2009              Respectfully submitted,

                                 LAWRENCE G. BROWN
                                 Acting United States Attorney

                                 By: /s/ Sean C. Flynn
                                     SEAN C. FLYNN
                                     Assistant U.S. Attorney

                                 ORDER

SO ORDERED:                      **GREGORY G. HOLLOWS**

DATED: May 28, 2009              _____
                                 HON. GREGORY G. HOLLOWS
                                 U.S. Magistrate Judge

1