LAWRENCE G. BROWN
Acting United States Attorney
SEAN C. FLYNN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2771

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-CR-0259-WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER FOR CONTINUANCE OF |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| HIDAYATULLAH ALI KHALIL, | ) | |
| | ) | Date: July 13, 2009 |
| Defendant. | ) | Time: 8:30 a.m. |
| | | Hon. William B. Shubb |

    It is hereby stipulated and agreed to between the United States of America through SEAN C. FLYNN, Assistant United States Attorney, and defendant, HIDAYATULLAH ALI KHALIL, by and through his attorney THOMAS A. JOHNSON, that the status conference in the above-captioned matter set for Monday, July 13, 2009, be continued to Monday, July 27, 2009, at 8:30 a.m.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 27, 2009,

/ / / /

/ / / /

/ / / /

pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4) .

```
                                    Respectfully Submitted,

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney


DATE: July 14, 2009           By:    /s/ Sean C. Flynn
                                    SEAN C. FLYNN
                                    Assistant U.S. Attorney


                                     /s/ Thomas A. Johnson by SCF
DATE: July 14, 2009                 THOMAS A. JOHNSON
                                    Atty. for Hidayatullah Ali Khalil
```

**IT IS SO ORDERED.**

DATED: **July 13, 2009**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE