THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Hidayatullah Ali Khalil

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>HIDAYATULLAH ALI KHALIL,<br><br>    Defendant | Case No.: 2:09-CR-0259-WBS<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>Date:    August 24, 2009<br>Time:    8:30 a.m.<br>Judge:   Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for August 24, 2009 at 8:30 a.m. is continued to September 21, 2009 at 8:30 a.m.in the same courtroom. Sean Flynn, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to continue review of discovery and preparation of counsel.

It is further stipulated that the period from the date of this stipulation through and including September 21, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

DATE:  August 20, 2009                    /s/  Thomas A. Johnson_____
                                          THOMAS A. JOHNSON
                                          Attorney for Defendant
                                          HIDAYATULLAH ALI KHALIL

///

1   DATE:  August 20, 2009                          LAWRENCE G. BROWN
                                                    United States Attorney
2
                                            By:     /s/  Sean Flynn_____
3                                                   Sean Flynn
                                                    Assistant U.S. Attorney
4

5          **IT IS SO ORDERED.**

6

7
    Dated:  August 20, 2009
8

9

10          WILLIAM B. SHUBB
            UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28