```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  SEAN C. FLYNN
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2771
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-CR-0259-WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ |
| | ) | ORDER FOR CONTINUANCE OF |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| HIDAYATULLAH ALI KHALIL, | ) | |
| | ) | Date: September 21, 2009 |
| Defendant. | ) | Time: 8:30 a.m. |
| | | Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through SEAN C. FLYNN, Assistant United States Attorney, and defendant, HIDAYATULLAH ALI KHALIL, by and through his attorney THOMAS A. JOHNSON, that the status conference in the above-captioned matter set for Monday, September 21, 2009, be continued to Monday, October 19, 2009, at 8:30 a.m.

The parties further stipulate that the time period from September 21, 2009, up to and including the new status conference date of October 19, 2009, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have

1

1  reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence.  18 U.S.C. §
3  3161(h)(7)(B)(iv).  Specifically, the defense agrees that it needs
4  additional time to continue discussions with the government
5  regarding potential resolution of the case against the defendant,
6  review produced discovery in the case, and effectively evaluate the
7  posture of the case and potentially prepare for trial.  See id.  For
8  these reasons, the defendant, defense counsel, and the government
9  stipulate and agree that the interests of justice served by granting
10 this continuance outweigh the best interests of the public and the
11 defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A); Local Code
12 T4.

                                        Respectfully Submitted,

                                        LAWRENCE G. BROWN
                                        United States Attorney


DATE: September 18, 2009            By:  /s/ Sean C. Flynn
                                        SEAN C. FLYNN
                                        Assistant U.S. Attorney


                                         /s/ Thomas A. Johnson by SCF
DATE: September 18, 2009                THOMAS A. JOHNSON
                                        Atty. for Hidayatullah Ali Khalil




**IT IS SO ORDERED.**

      DATED: September 18, 2009

                                        _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE