```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | SEAN C. FLYNN
   | Assistant U.S. Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, California 95814
 4 | Telephone: (916)-554-2700
 5 |
 6 |           IN THE UNITED STATES DISTRICT COURT
 7 |          FOR THE EASTERN DISTRICT OF CALIFORNIA
 8 |
 9 | UNITED STATES OF AMERICA,   )   CASE NO. 2:09-CR-0259-WBS
   |                             )
10 |           Plaintiff,        )   STIPULATION AND ~~PROPOSED~~
   |                             )   ORDER FOR CONTINUANCE OF
11 |      v.                     )   STATUS CONFERENCE
   |                             )
12 | HIDAYATULLAH ALI KHALIL,    )   Date: April 26, 2010
   |                             )   Time: 8:30 a.m.
13 |           Defendant.        )   Hon. William B. Shubb
14 |
```

15  It is hereby stipulated and agreed to between the United States
16 of America through SEAN C. FLYNN, Assistant United States Attorney,
17 and defendant, HIDAYATULLAH ALI KHALIL, by and through his counsel,
18 that the status conference in the above-captioned matter set for
19 Monday, April 19, 2010, be continued to Monday, April 26, 2010, at
20 8:30 a.m.

21  The parties further stipulate that the time period from April
22 19, 2010, up to and including the new status conference date of
23 April 26, 2010, should be excluded from computation of the time for
24 commencement of trial under the Speedy Trial Act.  The parties
25 stipulate that the ends of justice are served by the Court excluding
26 such time, so that defense counsel may have reasonable time
27 necessary for effective preparation, taking into account the
28 exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

1  Specifically, defendant agrees that his counsel needs additional
2  time to continue discussions with the government regarding potential
3  resolution of the case, review produced discovery in the case, and
4  effectively evaluate the posture of the case and potentially prepare
5  for trial.  See id.
6      For these reasons, defendant, defense counsel, and the
7  government stipulate and agree that the interests of justice served
8  by granting this continuance outweigh the best interests of the
9  public and the defendant in a speedy trial.  18 U.S.C. §
10 3161(h)(7)(B)(iv) (Local Code T4).

                                      Respectfully Submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney


DATE: April 16, 2010                  By:  /s/ Sean C. Flynn
                                      SEAN C. FLYNN
                                      Assistant U.S. Attorney


                                       /s/ Tom Johnson, by SCF
DATE: April 16, 2010                  TOM JOHNSON
                                      Counsel for defendant Khalil




**IT IS SO ORDERED.**

     DATED: **April 16, 2010**

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE