```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SEAN C. FLYNN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916)-554-2700
 5
 6                IN THE UNITED STATES DISTRICT COURT
 7              FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,    )    CASE NO. 2:09-CR-0259-WBS
                                 )
10              Plaintiff,       )    STIPULATION AND PROPOSED
                                 )    ORDER FOR CONTINUANCE OF
11       v.                      )    STATUS CONFERENCE
                                 )
12  HIDAYATULLAH ALI KHALIL,     )    Date: May 24, 2010
                                 )    Time: 8:30 a.m.
13              Defendant.       )    Hon. William B. Shubb
14
```

15      It is hereby stipulated and agreed to between the United States
16 of America through SEAN C. FLYNN, Assistant United States Attorney,
17 and defendant, HIDAYATULLAH ALI KHALIL, by and through his counsel,
18 that the status conference in the above-captioned matter set for
19 Monday, April 26, 2010, be continued to Monday, May 24, 2010, at
20 8:30 a.m.

21      The parties further stipulate that the time period from April
22 26, 2010, up to and including the new status conference date of May
23 24, 2010, should be excluded from computation of the time for
24 commencement of trial under the Speedy Trial Act.  The parties
25 stipulate that the ends of justice are served by the Court excluding
26 such time, so that defense counsel may have reasonable time
27 necessary for effective preparation, taking into account the
28 exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

1

Specifically, defendant agrees that his counsel needs additional time to continue discussions with the government regarding potential resolution of the case, review produced discovery in the case, and effectively evaluate the posture of the case and potentially prepare for trial.  See id.

For these reasons, defendant, defense counsel, and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: April 22, 2010            By:  /s/ Sean C. Flynn
                                SEAN C. FLYNN
                                Assistant U.S. Attorney

                                 /s/ Tom Johnson, by SCF
DATE: April 22, 2010            TOM JOHNSON
                                Counsel for defendant Khalil

**IT IS SO ORDERED.**

DATED: **April 22, 2010**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE