1  BENJAMIN B. WAGNER
   United States Attorney
2  SEAN C. FLYNN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916)-554-2700

5

6                IN THE UNITED STATES DISTRICT COURT

7                FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,   )   CASE NO. 2:09-CR-0259-WBS
                               )
10            Plaintiff,       )   STIPULATION AND ~~PROPOSED~~
                               )   ORDER FOR CONTINUANCE OF
11      v.                     )   STATUS CONFERENCE
                               )
12 HIDAYATULLAH ALI KHALIL,    )   Date: June 14, 2010
                               )   Time: 8:30 a.m.
13            Defendant.       )   Hon. William B. Shubb

14

15      It is hereby stipulated and agreed to between the United States
16 of America through SEAN C. FLYNN, Assistant United States Attorney,
17 and defendant, HIDAYATULLAH ALI KHALIL, by and through his counsel,
18 that the status conference in the above-captioned matter set for
19 Monday, May 24, 2010, be continued to Monday, June 14, 2010, at 8:30
20 a.m.
21      The parties further stipulate that the time period from May 24,
22 2010 up to and including the new status conference date of June 14,
23 2010, should be excluded from computation of the time for
24 commencement of trial under the Speedy Trial Act.  The parties
25 stipulate that the ends of justice are served by the Court excluding
26 such time, so that defense counsel may have reasonable time
27 necessary for effective preparation, taking into account the
28 exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

1

1 Specifically, defendant agrees that his counsel needs additional
2 time to continue discussions with the government regarding potential
3 resolution of the case, review produced discovery in the case, and
4 effectively evaluate the posture of the case and potentially prepare
5 for trial.  See id.
6      For these reasons, defendant, defense counsel, and the
7 government stipulate and agree that the interests of justice served
8 by granting this continuance outweigh the best interests of the
9 public and the defendant in a speedy trial.  18 U.S.C. §
10 3161(h)(7)(B)(iv) (Local Code T4).

                                   Respectfully Submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney


DATE: May 20, 2010          By:    /s/ Sean C. Flynn
                                   SEAN C. FLYNN
                                   Assistant U.S. Attorney


                                    /s/ Tom Johnson, by SCF
DATE: May 20, 2010                 TOM JOHNSON
                                   Counsel for defendant Khalil




**IT IS SO ORDERED.**

     DATED: May 20, 2010

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

2