```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. S 09-258 GEB |
|---|---|---|
| | ) | CR No. S 09-259 GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MUZDHA KHALIL, | ) | |
| AMANULLAH KHALIL, | ) | STIPULATION AND [PROPOSED] ORDER |
| HIDAYATULLAH ALI KHALIL, and | ) | |
| WAHIDULLAH KHALIL, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendants and their counsel, that the status conference currently scheduled for Friday, February 11, 2011, should be vacated; and a further status conference should be scheduled for Friday, February 25, 2011.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from

1

today's date to February 25, 2011, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), for continuity of counsel and defense preparation.  The Court specifically finds that a continuance is necessary to give the defendants reasonable time to prepare for trial in this matter.  The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Dated: February 10, 2011            Respectfully submitted,

                                             BENJAMIN B. WAGNER
                                             U.S. Attorney

                                             /s/ Carolyn K. Delaney

                                             CAROLYN K. DELANEY
                                             Assistant U.S. Attorney

Dated:  February 10, 2011           /s/ Tom Johnson

                                             Tom Johnson
                                             Attorney for
                                             HIDAYATULLAH ALI KHALIL

Dated:  February 10, 2011           /s/ Candace Fry

                                             Candace Fry
                                             Attorney for
                                             WAHIDULLAH KHALIL

Dated:  February 10, 2011           /s/ Caro Marks

                                             Caro Marks
                                             Attorney for
                                             MUZDHA KHALIL

Dated:  February 10, 2011           /s/ Chris Haydn-Myer

                                             Chris Haydn-Myer
                                             Attorney for
                                             AMANULLAH KHALIL

**ORDER**

**IT IS HEREBY ORDERED:**    That the status conference set for February 11, 2011 is VACATED; and a further status conference for February 25, 2011 is scheduled. It is further ORDERED that the time under the Speedy Trial Act between today's date and February 25, 2011, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendants time to adequately prepare and in the interests of justice.  The Court specifically finds that the case is complex and that a continuance is necessary to give the defendant reasonable time to prepare for trial in this matter.  The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Dated:   February 10, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge