THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Hidayatullah Ali Khalil

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>HIDAYATULLAH ALI KHALIL<br><br>Defendant. | Case No.: 2:09-CR-0259-GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br><br>Date:<br>Time:<br>Judge:    Hon. Garland E. Burrell, Jr. |

        IT IS HEREBY stipulated and agreed to between all parties, that the Trial
Confirmation Hearing scheduled for January 13, 2012 should be vacated and reset for
July 6, 2012.  It is also stipulated and agreed to between all parties that the jury trial
scheduled for January 31, 2012 should be vacated, and reset for August 28, 2012.

        The parties further stipulate and agree that the period from the date of this
stipulation through and including August 28, 2012, be excluded in computing the time
within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § §
3161(h)(7)(A), (h)(7)(B)(iv) and Local T4.  Counsel for defendant requires additional
time for continuity of counsel and preparation of counsel for trial.  Accordingly, all
parties stipulate and agree that the interests of justice served by granting this continuance
outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C.
§3161(h)(7)(B)(iv).

1

1    Dated:          January 26, 2012                    Respectfully Submitted,

2

3                                                         */s/ Thomas A. Johnson*
                                                         THOMAS A. JOHNSON
4                                                        Attorney for Defendant
                                                         HIDAYATULLAH ALI KHALIL
5

6

7    Dated:          January 26, 2012                    BENJAMIN B. WAGNER
                                                         United States Attorney
8

9                                                         */s/ Thomas A. Johnson    for*
                                                         DOMINIQUE N. THOMAS
10                                                       Assistant U.S. Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

O R D E R

**IT IS HEREBY ORDERED:** That the Trial Confirmation Hearing scheduled for January 13, 2012 is vacated, and reset for July 6, 2012.  It is also ordered that the jury trial scheduled for January 31, 2012 is vacated, and reset for August 28, 2012.  It is further ORDERED that the time under the Speedy Trial Act between today's date and August 28, 2012, is excluded under Local Code T4, and 18 U.S.C. § 3161(h)(7), to ensure continuity of counsel and adequate time for defense counsel to prepare for trial. For the reasons set forth above, the court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through August 28, 2012.

Dated:  January  30, 2012

GARLAND E. BURRELL, JR.
United States District Judge

3