THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Hidayatullah Khalil

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HIDAYATULLAH ALI KHALIL,<br><br>Defendant. | Case No.: 2:09-CR-0258-GEB<br>          2:09-CR-0259-GEB<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING AND MODIFY PSR SCHEDULE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that a Judgment and Sentencing is continued from November 2, 2012 to December 7, 2012 at 9:00 a.m. Thomas A. Johnson, Defendant's attorney, and Steven Lapham, Assistant United States Attorney, agree and stipulate to this continuance. A continuance has been requested because Defendant needs additional time to review the Pre-Sentence Report and submit objections, if any. The Probation Officer has also been informed of the continuance and does not object.

**IT IS SO STIPULATED.**

DATE: October 16, 2012            By:   /s/ Thomas A. Johnson
                                        THOMAS A. JOHNSON
                                        Attorney for Defendant
                                        HIDAYATULLAH KHALIL

DATE: October 16, 2012            By:   BENJAMIN B. WAGNER
                                        United States Attorney

                                         /s/   Thomas A. Johnson for
                                        STEVEN LAPHAM
                                        Assistant U.S. Attorney

**IT IS SO ORDERED.**

**Date:** <u>10/16/2012</u>

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:09-CR-0258-GEB<br>2:09-CR-0259-GEB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING AND MODIFY PSR SCHEDULE |
| vs. | |
| HIDAYATULLAH ALI KHALIL, | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of Referral to Probation Officer: | July 20, 2012<br>(Date of Plea or Verdict) |
| Judgment and Sentencing date: | December 7, 2012 |
| Reply or Statement | November 30, 2012 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | November 23, 2012 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | November 16, 2012 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 9, 2012 |