```
BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> HIDAYATULLAH ALI KHALIL, <br> Defendant. | CASE NO. S 09-00258 GEB <br> S 09-00259 GEB <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

　　IT IS HEREBY STIPULATED between the United States, through its undersigned counsel, Assistant U.S. Attorney R. Steven Lapham, and defendant Hidayatullah Ali Khalil, through his undersigned counsel, Thomas A. Johnson, that the sentencing hearing in this case may be continued from December 21, 2012, to **January 18, 2013**, at 9:00 a.m.

DATED: December 18, 2012　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　By: /s/ R. Steven Lapham
　　　　　　　　　　　　　　　　　R. STEVEN LAPHAM
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

```
DATED: December 18, 2012        _____
_____      /s/ Thomas A. Johnson
                                 THOMAS A. JOHNSON
                                 Attorney for Defendant
                                    Hidayatullah Ali Khalil
```

O R D E R

IT IS SO ORDERED.

Dated:   December 20, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge