1  MCGREGOR W. SCOTT
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO.  2:09-CR-00259 GEB

12                   Plaintiff,         [PROPOSED] ORDER DIRECTING CLERK OF
                                        THE COURT TO ISSUE RESTITUTION
                   v.                   PAYMENT WITH AMENDED NAME
13
   HIDAYATULLAH ALI KHALIL,
14
                     Defendants.
15                                      COURT: Hon. Garland E. Burrell, Jr.

16

17       The Court has reviewed the government's request for an order directing the Clerk of the Court to

18 issue a restitution payment to victim Bank of New York Mellon Corporation (BYN Mellon) in its

19 correct name, and hereby orders as follows:

20       1.  The Clerk of the Court shall issue the restitution amount indicated at page 5 of the Judgment

21           (ECF 64 at 5) in the corrected name of Bank of New York Mellon Corporation.

22

23       IT IS SO ORDERED.

24       Dated:  September 13, 2018

25

26  _____

27  GARLAND E. BURRELL, JR.
    Senior United States District Judge
28

    [PROPOSED] ORDER                        1